UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHOWING ANIMALS RESPECT AND KINDNESS, | ) ) ) | |
| Plaintiff, | ) ) | Civ No. 09-877 (CKK) |
| v. | ) ) ) | |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND ORDER REGARDING SHOWING ANIMALS
RESPECT AND KINDNESS'S CLAIM FOR ATTORNEYS' FEES AND COSTS
AND DISMISSAL OF ACTION WITH PREJUDICE**

1. Plaintiff Showing Animals Respect and Kindness and Defendants, Department of Interior and the Fish and Wildlife Service, have reached an agreement concerning plaintiff's claim for attorney's fees and costs in Showing Animals Respect and Kindness v. Dept. of Interior, Civ. No. 09-877 (D.D.C.) (CKK).   Accordingly, it is hereby stipulated and agreed that the United States will pay Showing Animals Respect and Kindness $56,000, by check made payable to Meyer Glitzenstein & Crystal, in full settlement and satisfaction of Plaintiff's claim for attorneys' fees and costs in this case.  In consideration for this payment, Showing Animals Respect and Kindness agrees to release the Defendants from any and all of Showing Animals Respect and Kindness's claims for attorney fees and costs arising out of Showing Animals Respect and Kindness v. Dept. of Interior, Civ. No. 09-877 (D.D.C.) (CKK).

2. This Agreement contains the entire agreement between the parties to this Agreement, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Agreement, are

fully and completely extinguished and superseded by this Agreement.  This Agreement shall not

be altered, amended, modified, or otherwise changed except by a writing duly signed by the

Parties hereto.

   3.  This Agreement may be executed in counterparts, each of which shall be deemed an

original, and all of which together shall be deemed one and the same instrument.

   4.  This Agreement constitutes the final resolution of Showing Animals Respect and

Kindness's remaining claims against Defendants Department of Interior and the Fish and

Wildlife Service in Showing Animals Respect and Kindness v. Dept. of Interior, Civ. No. 09-877

(D.D.C.) (CKK) and hence final judgment on all of Showing Animals Respect and Kindness's

claims shall be entered and this action shall be, and hereby is, dismissed with prejudice.

Respectfully submitted,

_____/s/_____
William S. Eubanks II
(D.C. Bar No. 987036)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206
beubanks@meyerglitz.com

Counsel for Plaintiff

RONALD C. MACHEN JR.
United States Attorney
 For the District of Columbia
D.C. Bar No. 447889

RUDOLPH CONTRERAS
Chief, Civil Division
D.C. Bar No. 434122

_____/s/ (with permission)_____
Judith A. Kidwell
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division

- 2 -

*69-877   Order of dismissal*

Room E4212
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell@usdoj.gov

Counsel for Defendants

Dated: October 22, 2010

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Oct 26, 2010
———————————
Date

———————————
Hon. Kollar-Kotelly
U.S. District Court Judge